IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

S.R., MOTHER OF G.S., F.S., R.S.,
K.C., and J.C., CHILDREN,

      Appellant,

v.

                              Case No. 5D22-321
                              L.T. Case No. 2020-DP-54

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.
_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Putnam County,
Alicia R. Washington, Judge.

David S. Molansky, of David S. Molansky,
Esquire, Miami, for Appellant.

Stephanie C. Zimmerman, Deputy Director         &
Statewide Director of Appeals, Children's
Legal Services, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior
Attorney, Statewide Guardian ad Litem Office,
Tallahassee, for Guardian Ad Litem Program.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.